IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00718-CMA-MEH

TRACY SHEPHERD,

    Plaintiff,

v.

LIBERTY ACQUISITIONS, LLC, and ROBERT G. BUSCH, P.C.
d/b/a BUSCH PROFESSIONAL CORPORATION and
EQUIFAX INFORMATION SERVICES, LLC

    Defendants.

---

### DEFENDANTS, LIBERTY ACQUISITIONS, LLC'S, AND ROBERT G. BUSCH, P.C.'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT AND JURY DEMAND

COME NOW the Defendants, Liberty Acquisitions, LLC, and Robert G. Busch, P.C., (the "Defendants") by and through their counsel, Adam L. Plotkin, P.C., and for its Answer and Affirmative Defenses to Plaintiff's Complaint and Jury Demand ("Complaint"), states as follows:

1. Defendants admit Plaintiff is an adult. Defendants are without knowledge or information sufficient to form a belief as to the truth and veracity of the allegation that Plaintiff is a citizen of the United States and State of Colorado and accordingly denies same. The remaining allegations contained in Paragraph No. 1 of Plaintiff's Complaint are legal conclusions to which no response from Defendants is required. To the extent that a response is required Defendants deny the allegation.

2. Defendants admit that Liberty Acquisitions, LLC ("Liberty") purchases defaulted consumer debt. Defendants also admit Robert G. Busch, P.C. ("Busch")

operates a collection law firm. The remaining allegations contained in Paragraph No. 2 of Plaintiff's Complaint are denied.

3. The allegations contained in Paragraph No. 3 of Plaintiff's Complaint reference another defendant. To the extent the allegations apply to Defendants they are denied.

4. Defendants admit that they sought collection from Plaintiff for an outstanding account with Orchard Bank. Defendants are without knowledge or information sufficient to form a belief as to the truth and veracity of the remaining allegations contained in Paragraph No. 4 of Plaintiff's Complaint and accordingly deny same.

5. Defendants admit they obtained a default judgment against Plaintiff and lawfully garnished Plaintiff. Defendants are without knowledge or information sufficient to form a belief as to the truth and veracity of the remaining allegations contained in Paragraph No. 5 of Plaintiff's Complaint and accordingly deny same.

6. Defendants are without knowledge or information sufficient to form a belief as to the truth and veracity of the allegations contained in Paragraph No. 6 of Plaintiff's Complaint and accordingly deny same.

7. Defendants deny the allegations contained in Paragraph No. 7 of Plaintiff's Complaint.

8. Defendants are without knowledge or information sufficient to form a belief as to the truth and veracity of the allegations contained in Paragraph No. 8 of Plaintiff's Complaint and accordingly deny same.

9. Defendants admit in their Response to Plaintiff's motion filed in state court they asked for fees and costs. The remaining allegations contained in Paragraph No. 9 of Plaintiff's Complaint are denied.

10. Defendants deny the allegations contained in Paragraph No. 10 of Plaintiff's Complaint.

11. The remaining allegations contained in Paragraph No. 11 of Plaintiff's Complaint are denied.

12. The remaining allegations contained in Paragraph No. 12 of Plaintiff's Complaint are denied.

13. The allegations contained in Paragraph No. 13 of Plaintiff's Complaint reference another defendant. To the extent the allegations apply to Defendants they are denied.

14. The allegations contained in Paragraph No. 14 of Plaintiff's Complaint reference another defendant. To the extent the allegations apply to Defendants they are denied.

15. The allegations contained in Paragraph No. 15 of Plaintiff's Complaint reference another defendant. To the extent the allegations apply to Defendants they are denied.

16. The allegations contained in Paragraph No. 16 of Plaintiff's Complaint reference another defendant. To the extent the allegations apply to Defendants they are denied.

17. The allegations contained in Paragraph No. 17 of Plaintiff's Complaint reference another defendant. To the extent the allegations apply to Defendants they are denied.

18. The allegations contained in Paragraph No. 18 of Plaintiff's Complaint reference another defendant. To the extent the allegations apply to Defendants they are denied.

19. The allegations contained in Paragraph No. 19 of Plaintiff's Complaint reference another defendant. To the extent the allegations apply to Defendants they are denied.

20. The allegations contained in Paragraph No. 20 of Plaintiff's Complaint reference another defendant. To the extent the allegations apply to Defendants they are denied.

21. Defendants deny all allegations contained in Plaintiff's WHEREFORE paragraphs contained in Plaintiff's Complaint.

22. Any allegation in Plaintiff's Complaint not specifically admitted herein is denied.

## **AFFIRMATIVE DEFENSES**

1. Plaintiff has failed to state any claims upon which relief may be granted.

2. To the extent that the jury may find any violations of the Fair Debt Collection Practices Act, such alleged violations being expressly denied by Defendants, liability for any such alleged violations is barred by 15 U.S.C. §1692k(c).

3. Plaintiff has not suffered any damages.

4. To the extent that Plaintiff claims to have suffered damages, which is

disputed by Defendants, Plaintiff has failed to mitigate any such claimed damages.

5. Defendant reserves the right to add additional defenses presently unknown to it according to facts that may become known during the course of discovery.

WHEREFORE, Defendants respectfully pray that Plaintiff's Complaint be dismissed with prejudice in its entirety, that Defendants be awarded their reasonable attorneys' fees and costs incurred to date in defending this action, and for such other and further relief as this Court deems proper.

DATED this 31st day of May, 2011.

Respectfully submitted,

ADAM L. PLOTKIN, P.C.

By: s/ Joseph J. Lico, Esq.
**Joseph J. Lico, Esq.**
621 Seventeenth Street, Suite 1800
Denver, Colorado 80293
Telephone: (303) 302-6864
FAX: (303) 296-3544
E-mail: jlico@alp-pc.com
Attorneys for Defendant

## Certificate of Service

I hereby certify that on May 31, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

blairdrazic@gmail.com

/s/ Joseph J. Lico
By: _____
Joseph J. Lico, Esq.