IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00718-CMA-MEH

TRACY SHEPHERD,

    Plaintiff,

v.

LIBERTY ACQUISITIONS, LLC,
ROBERT G. BUSCH, P.C., d/b/a Busch Professional Corporation, and
EQUIFAX INFORMATION SERVICES, LLC,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 13, 2012**.

    The Unopposed and Joint Motion for Leave to Appear for the Final Pretrial Conference by Telephone filed by the Plaintiff and Defendant Equifax [filed March 8, 2012; docket #25] is **granted**. Counsel for the Plaintiff and Defendant Equifax may appear at the conference by first teleconferencing together, then calling my Chambers at 303.844.4507 at the appointed time.